THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK GIBBS, Appellant.— Judgment of conviction affirmed. All concur. (Appeal from a judgment convicting defendant of the crime of attempted assault, second degree.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

MAX METTLING, Respondent, v. JOSEPH BRUNO, Appellant.— Judgment affirmed, with costs. All concur. (Appeal from a judgment for plaintiff in a civil action for assault.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

ANGELO D'AMBROSI, JR., by ANGELO D'AMBROSI, SR., His Guardian ad Litem, Appellant, v. OTTO PANARA et al., Doing Business as Superior Dry Cleaners, Respondents.— Judgment and order affirmed, without costs of this appeal to any party. All concur. (Appeal from a judgment dismissing plaintiff's complaint in an automobile negligence action. The order granted defendant's motion to set aside a verdict for plaintiff and for a dismissal of the complaint.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

EDGAR L. KLEINDINST, Appellant, v. M. ELIZABETH KLEINDINST, Respondent.— Judgment affirmed, with costs. All concur. (Appeal from a judgment dismissing plaintiff's complaint and supplemental complaint in an action for annulment, and directing trial of defendant's counterclaim for separation.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

LILLIAN STOCKWEATHER, Respondent, v. OSCAR C. BUCK, Individually and Doing Business as O. C. BUCK EXPOSITIONS, et al., Appellants.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment for plaintiff in a negligence action. The order denies a motion for a new trial.) Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ. [See *post,* p. 1022.]